IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS,<br>　　　*Plaintiff,*<br><br>v.<br><br>GOLD N' DIAMONDS, INC.,<br>　　　*Defendant.* | Case No. 24-cv-2926 |

### ORDER

**AND NOW**, this 21st day of January 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 8), and Defendant's Reply (ECF No. 9), it is hereby **ORDERED** that Defendant's motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** without prejudice for the reasons stated in the accompanying memorandum. Plaintiff may file an amended complaint within 14 days of the date of this Order.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO, J.